IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN NICHOLAS COYLE,

      Plaintiff,                        No. CIV S-07-00138 LKK KJM P

    vs.

GARY MITCHELL, et al.,

      Defendants.        ORDER

_____/

        This case is currently stayed. Within thirty days, plaintiff shall provide the court with a status report indicating whether or not he is ready to proceed. If plaintiff is not ready to proceed, he must explain why not. Failure to comply with this order will result in a recommendation that this matter be dismissed.

DATED: January 16, 2009.

                                      U.S. MAGISTRATE JUDGE

1
coyl0138.sta