```
 1  JOE RAMSEY, # 32623
    Attorney at Law
 2  601 University Avenue, Suite 250
    Sacramento, CA  95825
 3  Telephone: (916) 646-6344
    Facsimile: (916) 646-6344
 4
    Attorneys for Plaintiff SEAN NICHOLAS COYLE
 5
    FRANKLIN G. GUMPERT, #66051
 6  BARKETT & GUMPERT
    Attorneys at Law
 7  3400 Cottage Way, Suite Q
    Sacramento, CA  95825
 8  Telephone: (916) 481-3683
    Facsimile: (916) 481-3948
 9
    Attorneys for Defendants
10  GARY MITCHELL, JOHN ANDERSON and KRISTEN BURGESS
```

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA


| SEAN NICHOLAS COYLE, | No. 07-cv-00138 LKK-KJM-P |
|---|---|
| Plaintiff, | STIPULATION FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE |
| vs. | AND |
| GARY MITCHELL, JOHN ANDERSON, KRISTINE BURGESS, | ORDER DISMISSING ACTION |
| Defendants. | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Joe Ramsey on behalf of Plaintiff SEAN NICHOLAS COYLE and Franklin G. Gumpert of Barkett & Gumpert for Defendants GARY MITCHELL, JOHN ANDERSON and KRISTEN BURGESS, that this entire action shall be dismissed as against all defendants, with prejudice.

IT IS HEREBY FURTHER STIPULATED between the parties through their respective counsel that the scheduled May 6, 2009 Status Scheduling Conference be vacated, as the matters to be

1
STIPULATION FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE   AND   ORDER

raised therein are moot in view of the dismissal of this action.

DATED: April 23, 2009          LAW OFFICE OF JOE RAMSEY


                               By:  /s/ Joe Ramsey
                                    JOE RAMSEY, # 32623
                                    Attorney for Plaintiff SEAN COYLE


DATED: April 23, 2009          BARKETT & GUMPERT
                               Attorneys at Law


                               By:  /s/ Franklin G. Gumpert
                                    FRANKLIN G. GUMPERT, # 66051
                                    Attorneys for Defendants GARY
                                    MITCHELL, JOHN ANDERSON and KRISTEN
                                    BURGESS

**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

THE STIPULATION FOR DISMISSAL having been executed by all parties and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice and that the Clerk vacate the May 6, 2009 Status Scheduling Conference from calendar in view of the dismissal of this action.

DATED: April 23, 2009.

                                    _____
                                    U.S. MAGISTRATE JUDGE